## Arthur Wilson, Plaintiff-Appellant, v. Kankakee Daily Journal Company, Defendant-Appellee.

### Gen. No. 10,419.

Clarence J. Hayden, and Edward M. Burke, for appellant; Small & Sale, Kirkland, Fleming, Green, and Martin & Ellis, for appellee. Opinion by JUSTICE ANDERSON. **Not to be published in full.** Opinion filed October 7, 1950; rehearing granted October 2, 1951; final opinion filed February 1, 1952; released for publication February 19, 1952.